Certificate Number: 14424-PAE-DE-036410559

Bankruptcy Case Number: 22-00332


14424-PAE-DE-036410559

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 19, 2022</u>, at <u>3:01</u> o'clock <u>PM EDT</u>, <u>Rupert N Isaac</u> completed a course on personal financial management given <u>by internet</u> by <u>BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: March 19, 2022　　　　　By:　/s/Edsie Lim

　　　　　　　　　　　　　　　Name:　Edsie Lim

　　　　　　　　　　　　　　　Title:　Certified Personal Finance Counselor