United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 22-00332-MJC

Rupert Nathaniel Isaac, Jr                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                                      Page 1 of 2

Date Rcvd: Mar 31, 2022                  Form ID: ntcnfhrg                               Total Noticed: 9

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Rupert Nathaniel Isaac, Jr, 7094 Cypress Lane, Tobyhanna, PA 18466-3516 |
| 5466599 | + Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 5461462 | + Homebridge, 194 Wood Avenue South, Ninth Floor, Iselin, NJ 08830-2710 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5461460 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 31 2022 18:39:54 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5461461 | + Email/Text: ebnnotifications@creditacceptance.com | Mar 31 2022 18:39:00 | Credit Acceptance Corp, 25505 W 12 Mile Road, Southfield, MI 48034-8316 |
| 5461464 | + Email/Text: jbenner@nepafcu.org | Mar 31 2022 18:39:00 | NE PA School Employee FCU, 934 N 9th St, Stroudsburg, PA 18360-1208 |
| 5461465 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 31 2022 18:51:07 | Regional Acceptance Corp, 1420 East Fire Tower Rd, Greenville, NC 27858-4139 |
| 5463216 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 31 2022 18:51:07 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5461466 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 31 2022 18:39:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5461463 | | Ingird Deaza, Address Unknown |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2022　　　　　　　　　Signature:　　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Laputka | on behalf of Debtor 1 Rupert Nathaniel Isaac  Jr claputka@laputkalaw.com, jen@laputkalaw.com;jbolles@laputkalaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor HOMEBRIDGE FINANCIAL SERVICES  INC. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Rupert Nathaniel Isaac Jr,

**Debtor 1**

Chapter          13

Case No.          5:22−bk−00332−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 3, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 10, 2022<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 31, 2022 |

ntcnfhrg (08/21)