UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: RUPERT NATHANIEL ISAAC, JR. | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| RUPERT NATHANIEL ISAAC, JR. | : | |
| Respondent(s) | : | CASE NO. 5-22-bk-00332 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CHAPTER 13 PLAN

AND NOW, this 2nd day of June, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about April 5, 2022 be withdrawn as all issues have been resolved.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 2nd day of June, 2022, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Charles Laputka, Esquire
1344 West Hamilton Street
Allentown, PA 18102

/s/Deborah A. Behney
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee