UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Rupert Nathaniel Isaac, Jr | CASE NO.: 22-00332-MJC |
| Debtor(s). | |

**NOTICE OF ENTRY OF APPEARANCE**
**AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Planet Home Lending LLC as servicer for Wilmington Savings Fund Society, FSB not in its individual capacity but solely as trustee for GWST Trust 2020-1 ("Wilmington"), secured creditor to the above entitled Debtors by and through its undersigned counsel, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3007 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given of filed in the above-captioned case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

> Angela C. Pattison, Esq.
> Hill Wallack LLP
> 1415 Route 70 East, Suite 309
> Cherry Hill, NJ 08034
> Telephone: 856-616-8086
> Facsimile: 856-616-8081
> Email: apattison@hillwallack.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive

Wilmington Savings Fund Society, FSB not in its individual capacity but solely as trustee for GWST Trust 2020-1 (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Wilmington Savings Fund Society, FSB not in its individual capacity but solely as trustee for GWST Trust 2020-1 is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: March 13, 2024

Hill Wallack LLP

By: */s/ Angela C. Pattison*
Angela C. Pattison, Esq.
Hill Wallack LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone: 856-616-8086
Facsimile: 856-616-8081
Email: apattison@hillwallack.com

Counsel to Wilmington Savings Fund Society, FSB not in its individual capacity but solely as trustee for GWST Trust 2020-1

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| IN RE: | CHAPTER 13 |
|---|---|
| Rupert Nathaniel Isaac, Jr | CASE NO.: 5:22-bk-00332-MJC |
| Debtor(s) | |

**CERTIFICATE OF SERVICE**

I hereby certify that service was made upon all interested parties, indicated below of (i) Notice of Appearance of Planet Home Lending LLC as servicer for Wilmington Savings Fund Society, FSB not in its individual capacity but solely as trustee for GWST Trust 2020-1 in the manner indicated below on March 13, 2024:

Rupert Nathaniel Isaac, Jr
7094 Cypress Lane
Tobyhanna, PA 18466
**Debtor**
**Via Regular Mail**

Charles Laputka
Laputka Law Offices
1344 West Hamilton Street
Allentown, PA 18102
**Counsel for Debtor**
**Via ECF**

Office of the Asst. U.S. Trustee
U.S. Courthouse
1501 N. 6th St
Harrisburg, PA 17102
**Asst. United States Trustee**
**Via ECF**

Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
**Chapter 13 Trustee**
**Via ECF**

*By: /s/ Angela C. Pattison*
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone 856-616-8086
Facsimile 856-616-8081
Email: apattison@hillwallack.com