| In re: | Case No. 22-00332-MJC |
|---|---|
| Rupert Nathaniel Isaac, Jr | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 12, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5471385 | ^ MEBN | | |
| | | Jul 12 2024 18:37:36 | HomeBridge Financial Services, Inc.,, C/O SERVICEMAC, LLC, PO BOX 100077, Duluth, GA 30096, HomeBridge Financial Services, Inc.,, C/O SERVICEMAC, LLC 30096-9377 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela C. Pattison | on behalf of Creditor Planet Home Lending LLC apattison@hillwallack.com |
| Angela C. Pattison | on behalf of Creditor Planet Home Lending LLC as servicer for Wilmington Savings Fund Society FSB not in its individual capacity but solely as trustee for GWST Trust 2020-1 apattison@hillwallack.com |
| Charles Laputka | on behalf of Debtor 1 Rupert Nathaniel Isaac Jr claputka@laputkalaw.com, jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor HOMEBRIDGE FINANCIAL SERVICES INC. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:22-bk-00332-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Rupert Nathaniel Isaac, Jr
7094 Cypress Lane
Tobyhanna PA 18466-3516

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/10/2024.

Name and Address of Alleged Transferor(s):

Claim No. 3: HomeBridge Financial Services, Inc.,, C/O SERVICEMAC, LLC, PO BOX 100077, Duluth, GA 30096, HomeBridge Financial Services, Inc.,, C/O SERVICEMAC, LLC

Name and Address of Transferee:

Planet Home Lending, LLC
PO Box 69197
Baltimore, MD 21264
Planet Home Lending, LLC
PO Box 69197
Baltimore, MD 21264

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/14/24

Terrence S. Miller
**CLERK OF THE COURT**