| | |
|---|---|
| In re: | Case No. 22-00332-MJC |
| Rupert Nathaniel Isaac, Jr | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 12, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5629578 | ^ MEBN | Nov 12 2024 19:05:52 | Planet Home Lending, LLC, PO Box 69197, Baltimore, MD 21264, Planet Home Lending, LLC, PO Box 69197, Baltimore, MD 21264-9197 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela C. Pattison | on behalf of Creditor Planet Home Lending  LLC apattison@hillwallack.com |
| Angela C. Pattison | on behalf of Creditor Planet Home Lending LLC as servicer for Wilmington Savings Fund Society  FSB not in its individual capacity but solely as trustee for GWST Trust 2020-1 apattison@hillwallack.com |
| Charles Laputka | on behalf of Debtor 1 Rupert Nathaniel Isaac  Jr claputka@laputkalaw.com, jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor HOMEBRIDGE FINANCIAL SERVICES  INC. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:22-bk-00332-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Rupert Nathaniel Isaac, Jr
7094 Cypress Lane
Tobyhanna PA 18466-3516

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/11/2024.

Name and Address of Alleged Transferor(s):

Claim No. 3: Planet Home Lending, LLC, PO Box 69197, Baltimore, MD 21264, Planet Home Lending, LLC, PO Box 69197, Baltimore, MD 21264

Name and Address of Transferee:

Wilmington Savings Fund Society, FSB not in its individual capacity but solely as trustee for GWST Trust 2020-1
321 Research Parkway, Suite 303
Meriden, CT 06450
Wilmington Savings Fund Society, FSB not

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/14/24

Terrence S. Miller
**CLERK OF THE COURT**