United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-00332-MJC |
| Rupert Nathaniel Isaac, Jr | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Dec 17, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5667915 | + | Wilmington Savings Fund Society, FSB not in its, individual capacity but solely as, trustee for GWST Trust 2020-1, 321 Research Parkway, Suite 303, Meriden, CT 06450 Wilmington Savings Fund Society, FSB not 06450-834 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2024 at the address(es) listed below:

**Name**      **Email Address**

Angela C. Pattison
     on behalf of Creditor Planet Home Lending LLC apattison@hillwallack.com

Angela C. Pattison
     on behalf of Creditor Planet Home Lending LLC as servicer for Wilmington Savings Fund Society FSB not in its individual capacity but solely as trustee for GWST Trust 2020-1 apattison@hillwallack.com

Charles Laputka
     on behalf of Debtor 1 Rupert Nathaniel Isaac Jr claputka@laputkalaw.com, jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

Denise E. Carlon
     on behalf of Creditor HOMEBRIDGE FINANCIAL SERVICES INC. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
     TWecf@pamd13trustee.com

United States Trustee  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:22-bk-00332-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Rupert Nathaniel Isaac, Jr
7094 Cypress Lane
Tobyhanna PA 18466-3516

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/17/2024.

Name and Address of Alleged Transferor(s):

Claim No. 3: Wilmington Savings Fund Society, FSB not in its, individual capacity but solely as, trustee for GWST Trust 2020-1, 321 Research Parkway, Suite 303, Meriden, CT 06450, Wilmington Savings Fund Society, FSB not

Name and Address of Transferee:

U.S. Bank Trust National Association
Selene Finance LP
3501 Olympus Blvd, Suite 500
Dallas, TX 75019
U.S. Bank Trust National Association
Selene Finance LP

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/19/24

Terrence S. Miller
**CLERK OF THE COURT**