UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:  CASE NO.: 22-00332
 CHAPTER 13

**Rupert Nathaniel Isaac, Jr,**
 Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION EBO TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

 Robertson, Anschutz, Schneid, Crane & Partners, PLLC
 Attorney for Secured Creditor
 130 Clinton Rd #202
 Fairfield, NJ 07004
 Telephone: 470-321-7112
 Facsimile: 404-393-1425

 By: /s/Robert Shearer
 Robert Shearer
 Email: rshearer@raslg.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 31, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

RUPERT NATHANIEL ISAAC, JR
7094 CYPRESS LANE
TOBYHANNA, PA 18466

And via electronic mail to:

LAPUTKA LAW OFFICES
1344 WEST HAMILTON STREET
ALLENTOWN, PA 18102

JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

**United States Trustee**
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

By: /s/ Amber Matas