United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Rupert Nathaniel Isaac, Jr  
    Debtor

Case No. 22-00332-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jul 21, 2025      Form ID: pdf010      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rupert Nathaniel Isaac, Jr, 7094 Cypress Lane, Tobyhanna, PA 18466-3516 |
| cr | + | Planet Home Lending LLC as servicer for Wilmington, Hill Wallack LLP, 1415 Route 70 East Suite 309, Cherry Hill, NJ 08034-2210 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jul 21 2025 18:40:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5466599 | | Email/Text: BKelectronicnotices@cenlar.com | Jul 21 2025 18:40:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 5461460 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 21 2025 18:48:20 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5461461 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 21 2025 18:40:00 | Credit Acceptance Corp, 25505 W 12 Mile Road, Southfield, MI 48034-8316 |
| 5471385 | ^ | MEBN | Jul 21 2025 18:38:43 | HomeBridge Financial Services, Inc.,, C/O SERVICEMAC, LLC, PO BOX 100077, Duluth, GA 30096, HomeBridge Financial Services, Inc.,, C/O SERVICEMAC, LLC 30096-9377 |
| 5471384 | ^ | MEBN | Jul 21 2025 18:38:42 | HomeBridge Financial Services, Inc.,, C/O SERVICEMAC, LLC, PO BOX 100077, Duluth, GA 30096-9377 |
| 5461462 | + | Email/Text: compliance@homebridge.com | Jul 21 2025 18:40:00 | Homebridge, 194 Wood Avenue South, Ninth Floor, Iselin, NJ 08830-2761 |
| 5461464 | + | Email/Text: jbenner@nepafcu.org | Jul 21 2025 18:40:00 | NE PA School Employee FCU, 934 N 9th St, Stroudsburg, PA 18360-1208 |
| 5629577 | ^ | MEBN | Jul 21 2025 18:38:53 | Planet Home Lending, LLC, PO Box 69197, Baltimore, MD 21264-9197 |
| 5629578 | ^ | MEBN | Jul 21 2025 18:38:53 | Planet Home Lending, LLC, PO Box 69197, Baltimore, MD 21264, Planet Home Lending, LLC, PO Box 69197, Baltimore, MD 21264-9197 |
| 5461465 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 21 2025 18:49:08 | Regional Acceptance Corp, 1420 East Fire Tower Rd, Greenville, NC 27858-4105 |
| 5463216 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 21 2025 18:49:08 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5679499 | + | Email/Text: RASEBN@raslg.com | Jul 21 2025 18:40:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5676295 | + | Email/Text: bkteam@selenefinance.com | Jul 21 2025 18:40:00 | U.S. Bank Trust National Association, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019, U.S. Bank Trust National Association, Selene Finance LP 75019-6295 |
| 5676294 | + | Email/Text: bkteam@selenefinance.com | Jul 21 2025 18:40:00 | U.S. Bank Trust National Association, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 5472458 | | Email/PDF: ebn_ais@aisinfo.com | Jul 21 2025 18:49:35 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5461466 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 21 2025 18:40:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |
| 5667915 | + | Email/Text: BKMAIL@planethomelending.com | Jul 21 2025 18:40:00 | Wilmington Savings Fund Society, FSB not in its, individual capacity but solely as, trustee for GWST Trust 2020-1, 321 Research Parkway, Suite 303, Meriden, CT 06450, Wilmington Savings Fund Society, FSB not 06450-8342 |
| 5667914 | + | Email/Text: BKMAIL@planethomelending.com | Jul 21 2025 18:40:00 | Wilmington Savings Fund Society, FSB not in its, individual capacity but solely as, trustee for GWST Trust 2020-1, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5461463 | | Ingird Deaza, Address Unknown |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Laputka | on behalf of Debtor 1 Rupert Nathaniel Isaac Jr claputka@laputkalaw.com, jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor HOMEBRIDGE FINANCIAL SERVICES INC. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Kaitlin Shire | on behalf of Creditor Planet Home Lending LLC kshire@hillwallack.com, |

| | |
|---|---|
| | ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Kaitlin Shire | on behalf of Creditor Planet Home Lending LLC as servicer for Wilmington Savings Fund Society FSB not in its individual capacity but solely as trustee for GWST Trust 2020-1 kshire@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Michelle McGowan | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCAF Acquisition EBO Trust mimcgowan@raslg.com |
| Robert Shearer | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION rshearer@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    RUPERT NATHANIEL ISAAC, JR.<br><br>Debtor | Case # 5:22-BK-00332-MJC<br><br>CHAPTER 13 |

## ORDER

Upon consideration of the Debtor's Application to Voluntarily Dismiss Chapter 13 Proceeding Pursuant to Section 1307(b) of the United States Bankruptcy Code, Doc. 68 ("Motion"), and it appearing that Section 1307(b) of the United States Bankruptcy Code permits the Debtor to request the voluntary dismissal of the Chapter 13 proceeding, it is hereby

**ORDERED** that the Motion is **GRANTED**. The above-captioned case is hereby **DISMISSED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 21, 2025